**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Andrea Wood and O.P. ) Case # 3:22-cv-00513
)
)
)
Plaintiff(s), ) **VERIFIED PETITION FOR**
) **PERMISSION TO PRACTICE**
) **IN THIS CASE ONLY BY**
vs. ) **ATTORNEY NOT ADMITTED**
SGT Investment; Clement Holdings; Tom ) **TO THE BAR OF THIS COURT**
Malgesini, Tom Malgesini IRA, Alan Horwitz, ) **AND DESIGNATION OF**
and DOES 1 through 100, et al ) **LOCAL COUNSEL**
Defendant(s). )
) FILING FEE IS $250.00

_____Thomas P. Sullivan_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____The Law Office of Thomas P. Sullivan APC_____
(firm name)

with offices at _____1000 Marina Village Parkway, Suite 120_____,
(street address)

____Alameda____, ____California____, __94501__,
(city) (state) (zip code)

__510-521-1211__, __tps@tpsullivanlaw.com__ .
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

__SGT Investments, and Clement Holdings,__ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  December 1, 1981 , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of  California ,
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court, N.D. California | 12-1-81 | 100336 |
| U.S. Court of Appeals, Ninth District | 12-1-81 | 100336 |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) NONE

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> (State "none" if Petitioner has never been denied admission.) NONE

7. That Petitioner is a member of good standing in the following Bar Associations.

> (State "none" if Petitioner is not a member of other Bar Associations.) Alameda County Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF   CALIFORNIA   )
                       )
COUNTY OF   ALAMEDA    )

_____Thomas P. Sullivan_____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this _____ day of ___See Attached___, _____.

_____
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Gene Leverty_____, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

832 Willow Street
(street address)

Reno, Nevada, 89502
(city) (state) (zip code)

775-322-6636, gene@levertylaw.com
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Gene Leverty, Leverty & Associates Law Cht as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Wilson Young, Member, SGT Investments, LLC
(type or print party name, title)

_____
(party's signature)

Wilson Young, Member, Clement Holdings, LLC
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Vernon E. ("Gene") Leverty  _____
Designated Resident Nevada Counsel's signature

1266                     gene@levertylaw.com
Bar number               Email address

APPROVED:

Dated: this  22nd  day of  February , 20 23 .

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



## JURAT FORM

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA        )
COUNTY OF ALAMEDA          )

Subscribed and sworn to (or affirmed) before me on this 9th day of February, 2023 by Thomas P. Sullivan,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____ (NOTARY SEAL)
NOTARY PUBLIC SIGNATURE

LISA F. HILL
COMM. # 2326941
NOTARY PUBLIC • CALIFORNIA
ALAMEDA COUNTY
Comm. Exp. APRIL 29, 2024

─────────── OPTIONAL INFORMATION ───────────

THIS OPTIONAL INFORMATION SECTION IS NOT REQUIRED BY LAW BUT MAY BE BENEFICIAL TO PERSONS RELYING ON THIS NOTARIZED DOCUMENT.

TITLE OR TYPE OF DOCUMENT _____

DATE OF DOCUMENT _____

When executing a jurat, a notary shall administer an oath of affirmation to the affiant and shall determine, from satisfactory evidence, that the affiant is the person executing the document. The affiant shall sign the document in the presence of the notary.

To order supplies, please contact McGlone Insurance Services, Inc. at (916) 484 0804.



**The State Bar of California**

OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

February 16, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, THOMAS PATRICK SULLIVAN, #100336 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 1981 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records