UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA WOOD, et al., | ) |
| | ) CASE NO. 3:22-cv-00513-MMD-CSD |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| | ) MINUTES OF PROCEEDINGS |
| SGT INVESTMENT, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) DATED: May 23, 2023 |
| | ) |

PRESENT:  <u>THE HONORABLE CRAIG S. DENNEY</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KAREN WALKER</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFFS:      Andrea Wood, Pro Se

COUNSEL FOR DEFENDANTS:   John Samberg, Esq. and Jess Rinehart, Esq.

**MINUTES OF PROCEEDINGS:**   **HEARING RE: PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**

1:37 p.m. Court convenes.

The court hears explanation from Ms. Woods for being thirty (30) minutes late for today's hearing and discusses last time she checked her mailbox.

The court refers Ms. Wood to Local Rule 1C 2-1 regarding electronic filing.

The court admonishes Ms. Wood regarding responsibility when filing a lawsuit and discusses sanctions for failing to appear, comply with Local Rules, and failing to comply with court orders pursuant to Local Rule 1A 11-8.

MINUTES OF PROCEEDINGS - 1

The court addresses reasons for hearing with the parties.  The court notes on April 14, 2023, an order was issued ordering the parties to meet and confer pursuant to Rule 26(f) and file a proposed stipulated discovery plan and scheduling order on or before May 5, 2023.

The court discusses issues with both Defendants' Joint Proposed Discovery Plan and Scheduling Order (ECF No. 40) and Plaintiffs' proposed Discovery Plan and Scheduling Order (ECF Nos. 42/43) and states both documents are unacceptable.  The parties are admonished regarding following court orders and filing individual discovery plans.

The court sets the following discovery deadlines:

| | |
|---|---|
| Discovery Cut-off: | **November 20, 2023** |
| Amend the pleadings or join parties: | **August 22, 2023** |
| Initial Expert Disclosure: | **September 21, 2023** |
| Rebuttal Expert Disclosure: | **October 20, 2023** |
| Dispositive Motions: | **December 20, 2023** |
| Joint Pre-trial Order: | **January 19, 2024**. |

In the event dispositive motions are filed, the deadline for filing the proposed joint pretrial order will be suspended until thirty (30) days after decision on the dispositive motions or further court order.

There being no additional matters to address at this time, court adjourns at 1:51 p.m.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  /s/
Deputy Clerk