**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREA WOOD, *et al.*, | Case No.: 3:22-cv-00513-MMD-CSD |
| Plaintiffs, | **ORDER** |
| v. | Re: ECF No. 56 |
| SGT. INVESTMENT, *et al.*, | |
| Defendants. | |

Before the court is Plaintiffs' Motion Requesting Electronic Filing Access. (ECF No. 56.) Plaintiffs request permission to file, receive, and serve documents electronically in this case. The court will grant Plaintiffs' request under LR IC 2-1(b), which states that a "pro se litigant may request the court's authorization to register as a filer in a specific case." For the purpose of this rule, a "filer" is defined as "a person who is issued a login and password to file documents in the court's electronic filing system." LR IC 1-1(b).

**IT IS HEREBY ORDERED** that Plaintiffs' Motion Requesting Electronic Filing Access (ECF No. 56) is **GRANTED** on a limited basis. Plaintiffs must first comply with the following procedures to activate the CM/ECF account:

1. By **Friday, June 16, 2023**, Plaintiffs must file a written certification that they are familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu

that are available on the court's website, www.nvd.uscourts.gov. Plaintiffs are advised that they are not authorized to file electronically until this certification is filed with the court within the time frame specified. LR IC 2-1.

    2.    After timely filing the certification, Plaintiffs must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

    3.    Plaintiffs are directed to familiarize themselves with Part IC - Electronic Case Filing of the Local Rules of Practice of the United States District Court.

Dated: May 25, 2023.

_____
CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE