# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA WOOD, *et al.*, | Case No.: 3:22-cv-00513-MMD-CSD |
| Plaintiffs, | **ORDER** |
| v. | |
| SGT. INVESTMENT, *et al.*, | |
| Defendants. | |

This matter is before the court on Plaintiff Andrea Wood's Consent for Electronic Service of Documents (ECF No. 63) regarding leave to file electronically.

Plaintiff Wood requests permission to file, receive, and serve documents electronically in this case. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Wood shall contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

Dated: June 8, 2023.

_____
CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE